IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS

Dzyan Idogwu Ovoramwen Noglaise
Formerly known as Raymond Aigbekaen
Individually and on behalf of all others similarly situated
(Class of One) Petitioner

V.

Field Museum of Natural History

1:20-cv-4037
Judge John J. Tharp, Jr
Magistrate Judge Sheila M. Finnegan
PC 5

FILED
JUL 08 2020 DB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## INTRODUCTION

In 1696,

## Parties

Petitioner, ~~Rayan~~ Idogwu OvOramwen Noglaise, (formerly known as Raymond Aigbekaen) is the Azebamwan (prince of justice) of the Ancient Benin Kingdom. A dual citizen of the United States and Benin kingdom, he served in the Armed Forces of the United States for a combined 10 years in active duty and reserve, amassing various medals and accolades including the Humanitarian Service Award which is what he chooses to focus on because ~~from~~ henceforth, his focus is on

## Paul Is Arrested

26So Paul went to the Temple the next day with the other men. They had already started the purification ritual, so he publicly announced the date when their vows would end and sacrifices would be offered for each of them.

27The seven days were almost ended when some Jews from the province of Asia saw Paul in the Temple and roused a mob against him. They grabbed him, 28yelling, "Men of Israel, help us! This is the man who preaches against our people everywhere and tells everybody to disobey the Jewish laws. He speaks against the Temple—and even defiles this holy place by bringing in Gentiles.*" 29(For earlier that day they had seen him in the city with Trophimus, a Gentile from Ephesus,* and they assumed Paul had taken him into the Temple.)

30The whole city was rocked by these accusations, and a great riot followed. Paul was grabbed and dragged out of the Temple, and immediately the gates were closed behind him. 31As they were trying to kill him, word reached the commander of the Roman regiment that all Jerusalem was in an uproar. 32He immediately called out his soldiers and officers* and ran down among the crowd. When the mob saw the commander and the troops coming, they stopped beating Paul.

33Then the commander arrested him and ordered him bound with two chains. He asked the crowd who he was and what he had done. 34Some shouted one thing and some another. Since he couldn't find out the truth in all the uproar and confusion, he ordered that Paul be taken to the fortress. 35As Paul reached the stairs, the mob grew so violent the soldiers had to lift him to their shoulders to protect him. 36And the crowd followed behind, shouting, "Kill him, kill him!"

## Paul Speaks to the Crowd

37As Paul was about to be taken inside, he said to the commander, "May I have a word with you?"

"Do you know Greek?" the commander asked, surprised. 38"Aren't you the Egyptian who led a rebellion some time ago and took 4,000 members of the Assassins out into the desert?"

39"No," Paul replied, "I am a Jew and a citizen of Tarsus in Cilicia, which is an important city. Please, let me talk to these people." 40The commander agreed, so Paul stood on the stairs and motioned to the people to be quiet. Soon a deep silence enveloped the crowd, and he addressed them in their own language, Aramaic.*

# 22

"Brothers and esteemed fathers," Paul said, "listen to me as I offer my defense." 2When they heard him speaking in their own language,* the silence was even greater.

3Then Paul said, "I am a Jew, born in Tarsus, a city in Cilicia, and I was brought up and educated here in Jerusalem under Gamaliel. As his student, I was carefully trained in our Jewish laws and customs. I became very zealous to honor God in everything I did, just like all of you today. 4And I persecuted the followers of the Way, hounding some to death, arresting both men and women and throwing them in prison. 5The high priest and the whole council of elders can testify that this is so. For I received letters from them to our Jewish brothers in Damascus, authorizing me to bring the Christians from there to Jerusalem, in chains, to be punished.

21:26 Num 6:1-21; 1 Cor 9:20
21:27 Acts 24:18; 26:21
21:28 Matt 24:15; Acts 6:13; 24:5-6
21:29 Acts 20:4; 2 Tim 4:20
21:32 Acts 23:27
21:33 Acts 20:23; Eph 6:20
21:36 Luke 23:18; John 19:15; Acts 22:22
21:39 Acts 9:11; 22:3
21:40 Acts 26:14
22:1 Acts 7:2
22:3-21 //Acts 9:1-29; 26:9-18
22:3 Acts 5:34-40; Rom 10:2
22:4 Acts 8:3; 9:2

21:28 Greek *Greeks.* 21:29 Greek *Trophimus, the Ephesian.* 21:32 Greek *centurions.* 21:40 Or *Hebrew.*
22:2 Greek *in Aramaic,* or *in Hebrew.*

**21:31** Because Jerusalem was under Roman control, an uproar in the city would be investigated by Roman authorities. The commander of the troops at this time was Claudius Lysias (23:26). He was head of a regiment (a special group, part of a legion) of Roman soldiers and was the senior Roman official in Jerusalem.

**21:37, 38** By speaking in Greek, Paul showed that he was a cultured, educated man and not just a common rebel starting riots in the streets. The language ... communicate in the language of his listeners but also to show that he was a devout Jew and had respect for the Jewish laws and customs. Paul spoke Greek to the Roman officials and Aramaic to the Jews.

**22:3** Gamaliel was the most honored rabbi of the first century. He was well known and respected as an expert on religious law and as a voice for ...



6"As I was on the road, approaching Damascus about noon, a very bright light from heaven suddenly shone down around me. 7I fell to the ground and heard a voice saying to me, 'Saul, Saul, why are you persecuting me?'

8"'Who are you, lord?' I asked.

"And the voice replied, 'I am Jesus the Nazarene,* the one you are persecuting.' 9The people with me saw the light but didn't understand the voice speaking to me.

10"I asked, 'What should I do, Lord?'

"And the Lord told me, 'Get up and go into Damascus, and there you will be told everything you are to do.'

11"I was blinded by the intense light and had to be led by the hand to Damascus by my companions. 12A man named Ananias lived there. He was a godly man, deeply devoted to the law, and well regarded by all the Jews of Damascus. 13He came and stood beside me and said, 'Brother Saul, regain your sight.' And that very moment I could see him!

14"Then he told me, 'The God of our ancestors has chosen you to know his will and to see the Righteous One and hear him speak. 15For you are to be his witness, telling everyone what you have seen and heard. 16What are you waiting for? Get up and be baptized. Have your sins washed away by calling on the name of the Lord.'

Rom 9:11

17"After I returned to Jerusalem, I was praying in the Temple and fell into a trance. 18I saw a vision of Jesus* saying to me, 'Hurry! Leave Jerusalem, for the people here won't accept your testimony about me.'

19"'But Lord,' I argued, 'they certainly know that in every synagogue I imprisoned and beat those who believed in you. 20And I was in complete agreement when your witness Stephen was killed. I stood by and kept the coats they took off when they stoned him.'

21"But the Lord said to me, 'Go, for I will send you far away to the Gentiles!'"

22The crowd listened until Paul said that word. Then they all began to shout, "Away with such a fellow! He isn't fit to live!" 23They yelled, threw off their coats, and tossed handfuls of dust into the air.

## Paul Reveals His Roman Citizenship

24The commander brought Paul inside and ordered him lashed with whips to make him confess his crime. He wanted to find out why the crowd had become so furious. 25When they tied Paul down to lash him, Paul said to the officer* standing there, "Is it legal for you to whip a Roman citizen who hasn't even been tried?"

26When the officer heard this, he went to the commander and asked, "What are you doing? This man is a Roman citizen!"

27So the commander went over and asked Paul, "Tell me, are you a Roman citizen?"

"Yes, I certainly am," Paul replied.

28"I am, too," the commander muttered, "and it cost me plenty!"

Paul answered, "But I am a citizen by birth!"

29The soldiers who were about to interrogate Paul quickly withdrew when they heard he was a Roman citizen, and the commander was frightened because he had ordered him bound and whipped.

22:6 Acts 9:2-8; 26:12-13
22:9 Acts 9:7; 26:13
22:11 Acts 9:8
22:12 Acts 9:17
22:14 Acts 3:13; 1 Cor 15:8
22:15 Acts 26:16
22:16 Acts 2:38; Rom 10:13; 1 Cor 6:11; Heb 10:22
22:19 Acts 8:3; 22:4-5; 26:9-11
22:20 Acts 7:57–8:1
22:21 Acts 9:15; 13:2; Rom 15:15-16
22:22 Acts 21:36; 25:24
22:25 Acts 16:37
22:29 Acts 16:38

22:8 Or *Jesus of Nazareth.* 22:18 Greek *him.* 22:25 Greek *the centurion;* also in 22:26.

... a full-scale defense of Christianity. When you witness for Christ, first identify yourself with your audience. They will be much more likely to listen if they feel a common bond with you.

**22:6ff** After gaining a hearing and establishing common ground with his audience, Paul gave his testimony. He shared how he had come to faith in Christ. Sound reasoning is good, but it is also important to simply share what Christ has done in our lives. No matter how we present the message, however, not everyone will accept it, as Paul knew. We must faithfully and responsibly ...

**22:25-28** Paul's question stopped the officer because by law a Roman citizen could not be punished until he had been proven guilty of a crime. Paul had been born a Roman citizen, whereas the commander had purchased his citizenship. Buying citizenship was a common practice and a good source of income for the Roman government. Bought citizenship was considered inferior to citizenship by birth.

ROMA 1 COR 2 COR GALA EPHE PHIL COLO 1 THE 2 THE 1 TIM 2 TIM TITU PHI HEBR JAMES PET PET

CLASS ACTION ALLEGATION

Petitioner brings this representative action pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure on his own as the Azebanwan (Prince of justice) and on behalf of all persons similarly situated. Petitioner seeks to represent a class consisting of all current and future People of the Great Benin Kingdom.

Petitioner also seek to represent a subclass of all current and future inhabitants of Benin Land who may not necessarily have a birthright to the kingdom but contribute to the society.

Several common questions of law and fact apply to all class members. These common questions of fact and law include but are not limited to (1) Whether the stolen sacred objects should be returned to the people for their religious observations (2) Whether respondents practice faithfully the Benin religion and observe all the feasts and festivals yearly proclaimed by the Oba (king) including the Igue Festival. (3) Whether respondents' practice of displaying those objects to tourists have religious connotations that have adverse effects on the tourists. (5) Whether the Respondents have known that depriving the Benins of this artifacts and sacred object has created significant economic loss and suffering to the people. What relief should be awarded to redress the harms suffered by members of the class as a result of the condition

## Relief Sought

DECLARATORY RELIEF.

This Court should declare that those artifacts belong to the Benin people and must be returned unconditionally to the Palace.

INJUNCTIVE RELIEF

This court should enjoin defendants to refrain from displaying those objects as there are

227
BUY AFRICA
Cattelo is a Part of My Religion
We Miss You
187
Come Back Soon
We Love You

to these claims occurred [illegible] occur in this District, the Fields Museum of Natural History being located there in.

The Court has personal jurisdiction over respondents because at all times relevant to this action Respondent Fields Museum is located in Illinois.

FACTUAL ALLEGATION.

The pieces that are on display at the Fields Museum, were stolen/looted during the Benin expedition and after the Benin Massacre. This museum has never asked Permission to display those pieces, nor have they ever paid for them. They do however acknowledge that the pieces were stolen looted. COVID-19 is a mysterious disease, but more than anything it is Spiritual. Prince Nogbaise, being trained as a pharmacist at Long Island University, has the Cure which he received from the Oba Ovorammen Nogbaise, during one of his astral travels to the world beyond. The essence of the MASK, is to notify the World, not just the U.S or Great Britain, but the whole world that there is a grave injustice that occurred Centuries ago and must be remedied. A great Majority of the sacred looted objects are also MASKS representing the Past Kings and present deities. The gods are not to blame, it is the callousness and depravity of the human heart that has led us here.

Prince Nogbaise is willing to give the Cure and has begun talks with the Faculty of Long Island Univer



227
BUY AFRICA
Gottetto is a Part of My Religion
We Miss You
187
Come Back Soon
SALONS POUR NOCES
RESTAURANT DE LA SIRENE
We Love You

rebuilding lives that were destroyed through famine, natural disasters and senseless wars. He has also launched a campaign to combat and eradicat child sex slavery while lobbying to legalize and unionize adult prostitution services. The ills and dangers that lurk in the sex industry are are result of the fact that the goverment has failed to take the proper step to legalize it. Just like the prohibition of alcohol and Marijuana, the goverment must recognize that this industry has existed since biblical days and Jesus Christ also recognized it and spoke on it. Prince Dzyan Idogun Ovoramwen Nogbaise also obtained an under graduate degree in Economics and Philosophy and a graduate degree in Pharmaceutical Sciences.

## Defendants

Fields Museum of Natural History has over 400 pieces of Benin Art which is displayed daily for profit which over the course of almost a century or more adds up to hundreds of millions of dollars if not billions.

## Jurisdiction and Venue

The Petitioner brings this action pursuant to 28 U.S.C §§ 1331. The Court has jurisdiction under 1331 (Federal question) and jurisdiction to grant declaratory and injunctive relief pursuant to the declaratory Judgement Act, 28 U.S.C § 2201. Petitioner is also seeking compensatory relief to ease the sufferings of the average Benin Man, Woman and Child.

Venue is proper in the District Court of Illinois pursuant to 28 U.S.C § 1391(b)(2) because the defendant is located in Illinois and the Matters giving rise

SHANGO

Beautiful One

My Journey takes me through Your Kingdom

spiritual consequences that they know not of. For example a woman on her period should not set her eyes on certain objects. et.c.

## Compensatory Relief.

The Court should order the Museum to pay an amount of money that would be sufficient to bring constant power supply and 5g technology to Benin City. As well as build a Cultural/historic University.

Respectfully Submitted,

[signature]

Ozyan Idogun OvOramen Nogbaise
Formerly known as Raymond Aigbelcan
06/21/2020

Cottello is a Part of My Religion

We Miss You

Come Back Soon

We Love You

Dzefan Nogbaise (94855379)
Formerly Aigbekaen
Fort Base MDJ
P.O. Box 2000
Fort Dix, NJ 08640

1:20-cv-4037
Judge John J. Tharp, Jr
Magistrate Judge Sheila M. Finnegan
PC 5

USDC District of Illinois
Northern District
219 South Dearborn St
20th Floor
Chicago IL 60604

07/08/2020-3

8C60481702



RECEIVED
JUL 08 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT